UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEE MARVIN TUCKER,

          Petitioner,

v.

MARY BERGUIS,

          Respondent.

Case No. 1:15-CV-764

HON. GORDON J. QUIST

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On May 17, 2017, Magistrate Judge Green issued a Report and Recommendation (R & R) recommending that the Court deny Petitioner's petition for writ of habeas corpus. The Court has reviewed the R & R recommending that the petition be denied. The R & R was duly served on Petitioner on May 17, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the amended R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the May 17, 2017, Report and Recommendation (ECF No. 18) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** for the reasons set forth in the Report and Recommendation.

This case is **concluded**.

A separate judgment will enter.

Dated: June 6, 2017

                              /s/ Gordon J. Quist
                              GORDON J. QUIST
                           UNITED STATES DISTRICT JUDGE